**No. 68329.**—Ace Import Co., Inc., et al. v. United States, protests 62/18312, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

**No. 68330.**—International Models, Inc., and The Lee Herrmann Co. v. United States, protests 59/32437, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the items marked "A," stipulated to consist of HO gauge railroad accessories, were held dutiable at the appropriate rate, depending upon the date of entry, under the provision in paragraph 397, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), or by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108), for manufactures of metal. The items marked "B," stipulated to consist of locomotives or other electrical articles, were held dutiable at 13¾ percent under the provision in paragraph 353, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739), for metal articles having as an essential feature an electrical element or device, as claimed.